1
2
3
4
5

6 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE
8

9 CODRUTA ROSU,

        Plaintiff,

10

      CASE NO. C06-1479JLR

11   v.

      ORDER TO SHOW CAUSE

12 ALBERTO GONZALES, et al.,

13         Defendants.

14

15     The court has reviewed the complaint in this action. The court orders Defendants to

16 show cause within 30 days why the court should not grant Plaintiff's application for

17 naturalization by the authority of the Immigration and Nationality Act, which confers

18 jurisdiction to this court to compel agency action on a naturalization application or make a

19 ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the

20 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. §

21 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all

22 reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that

23 the court should not approve the application immediately; and, if appropriate (3) a proposed

24 plan for promptly deciding Plaintiff's naturalization application.

25

26 SHOW CAUSE ORDER – 1

1    Dated this 27th day of October, 2006.

_____
JAMES L. ROBART
United States District Judge

26   SHOW CAUSE ORDER – 2